# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 258 MAL 2020

           Respondent          :

                             :  Petition for Allowance of Appeal
                             :  from the Order of the Superior Court

           v.                   :

                             :

JOHNATHAN JESUS ACEVEDO,       :

           Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.